FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-57557 | JEH | Judge: | John E. Hoffman, Jr. | Trustee Name: | Amy L. Bostic |
|---|---|---|---|---|---|---|
| Case Name: | Jeffrey Powers | | | | Date Filed (f) or Converted (c): | 11/24/2015 (f) |
| | Catherine Powers | | | | 341(a) Meeting Date: | 12/21/2015 |
| For Period Ending: | 01/20/2016 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. House Location: 253 Rainswept Drive, Galloway Oh 43119 Legal | 149,600.00 | 0.00 | | 0.00 | FA |
| 2. Cash On Hand Location: 253 Rainswept Drive, Galloway Oh 4311 | 50.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account Key Bank Columbus, Ohio | 118.00 | 0.00 | | 0.00 | FA |
| 4. Misc. Household Goods Location: 253 Rainswept Drive, Gallowa | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. Misc. Clothing Location: 253 Rainswept Drive, Galloway Oh 43 | 500.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Jewelry Location: 253 Rainswept Drive, Galloway Oh 431 | 40.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Sports Equipment Location: 253 Rainswept Drive, Gallow | 50.00 | 0.00 | | 0.00 | FA |
| 8. 401K Ameriprise Columbus, Ohio | 1,900.00 | 0.00 | | 0.00 | FA |
| 9. 2009 Honda Accord Location: 253 Rainswept Drive, Galloway Oh | 6,000.00 | 0.00 | | 0.00 | 1.00 |
| 10. 2002 Subaru Outback Location: 253 Rainswept Drive, Galloway | 400.00 | 0.00 | | 0.00 | FA |
| 11. Potential Class Action Tort (u) | Unknown | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $161,158.00 | $1.00 | | $0.00 | $2.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/19/2016: Trustee will investigate potential non-exempt equity in vehicle and object to exemptions. Trustee will also investigate Debtor wife's potential class action personal injury case. Debtors may make a global settlement offer to Trustee. Claims bar date to be set.

Initial Projected Date of Final Report (TFR): 01/19/2017      Current Projected Date of Final Report (TFR): 01/19/2017

Trustee Signature:     /s/ Amy L. Bostic      Date: 01/20/2016

Amy L. Bostic
50 West Broad Street, Suite 1200
Columbus, OH  43215
(614) 221-7663